UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 2, 2016

MEMO RE: Nathaniel M. Costley, et al. v. Countrywide Home Loan, et al.
Civil No. JFM-13-2488

Dear Counsel:

In accordance with your request, the following schedule is set:

December 2, 2016:   Deadline for defendants to respond to plaintiffs' motion to compel and motion for clarification

January 6, 2017:   Discovery deadline

February 7, 2017:   Summary judgment motions deadline

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge