# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATHANIEL COSTLEY, ET AL. | * |
| | * |
| v. | * Civil No. – JFM-13-2488 |
| | * |
| BANK OF AMERICA, N.A., ET AL. | * |

******

## MEMORANDUM

Ditech Financial, LLC, has filed a motion for summary judgment. The motion will be granted. Plaintiff's claim is barred by limitations because the one year statute limitations for commencing a claim under the Fair Debt Collection Practices Act begins on "from the date of the first violations, and subsequent violations of the same type do not restart the limitations period." *Fontell v. Hassett*, 870 F. Supp. 2d 395, 404 (D. Md. 2012); *see also Bey v. Shapiro Brown & Alt, LLP*, 997 F. Supp. 2d 310, 316-17 (D. Md. 2014).

A separate order granting Ditech's motion is being entered herewith.

Date: May 5, 2017

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 MAY -5 AM 11:31
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

1